**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Melvin D. Green                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-14448 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Nov 2022, 17:03:46, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322