**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| Melvin D. Green : | |
| : | Bankruptcy No: 19-14448-amc |
| Debtor. : | |

**O R D E R**

AND NOW, this _____ day of _____, 2023, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $37,412.86 has been paid to the Trustee and the Debtor shall pay $470.00 per month for the remaining 19 months, and the Modified Plan shall be the new plan.

**Date: February 15, 2023**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE