| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-14448-AMC

MELVIN D. GREEN
1625 W WYOMING AVENUE
PHILADELPHIA  PA   19140

Petition Filed Date: 07/15/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 04/29/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $163.75 | 705588 | 08/09/2022 | $163.75 | 706059 | 08/16/2022 | $163.75 | 706527 |
| 08/23/2022 | $163.75 | 707005 | 08/30/2022 | $163.75 | 707508 | 09/09/2022 | $163.75 | 708025 |
| 09/16/2022 | $163.75 | 708832 | 09/21/2022 | $163.75 | 709196 | 09/28/2022 | $163.75 | 709653 |
| 10/04/2022 | $163.75 | 710173 | 10/18/2022 | $327.50 | 710622 | 10/20/2022 | $163.75 | 711101 |
| 11/02/2022 | $163.75 | 712786 | 11/08/2022 | $163.75 | 713285 | 11/21/2022 | $163.75 | 713776 |
| 11/22/2022 | $163.75 | 714273 | 12/07/2022 | $163.75 | 715623 | 12/07/2022 | $163.75 | 714711 |
| 12/15/2022 | $163.75 | 716067 | 12/21/2022 | $163.75 | 716512 | 12/30/2022 | $163.75 | 717210 |
| 01/05/2023 | $163.75 | 717589 | 01/11/2023 | $327.50 | 717995 | 01/18/2023 | $163.75 | 718468 |
| 02/01/2023 | $163.75 | 719818 | 02/08/2023 | $163.75 | 720309 | 02/15/2023 | $163.75 | 720957 |
| 02/22/2023 | $163.75 | 721217 | 02/28/2023 | $163.75 | 721555 | 03/08/2023 | $163.75 | 722081 |
| 03/14/2023 | $163.75 | 722587 | 03/22/2023 | $163.75 | 723453 | 03/29/2023 | $163.75 | 723937 |
| 04/14/2023 | $163.75 | 724915 | 04/17/2023 | $163.75 | 725430 | 04/24/2023 | $163.75 | 725909 |
| 04/25/2023 | $163.75 | 726408 | 05/02/2023 | $163.75 | 727267 | 05/10/2023 | $163.75 | 727837 |
| 05/17/2023 | $163.75 | 728327 | 05/24/2023 | $163.75 | 728892 | 06/06/2023 | $163.75 | 730393 |
| 06/13/2023 | $163.75 | 730681 | 06/13/2023 | $163.75 | 730950 | 06/26/2023 | $327.50 | 731491 |
| 06/28/2023 | $163.75 | 731997 | 07/14/2023 | $163.75 | 733554 | 07/18/2023 | $163.75 | 734027 |
| 07/25/2023 | $163.75 | 734489 | | | | | | |

**Total Receipts for the Period:  $8,515.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $42,489.11**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $63.95 | $63.95 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3.40 | $0.00 | $3.40 |
| 3 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $653.36 | $90.99 | $562.37 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Unsecured Creditors | $17,915.59 | $2,494.79 | $15,420.80 |
| 5 | PHILADELPHIA FEDERAL CREDIT U<br>»» 004 | Unsecured Creditors | $2,844.53 | $396.10 | $2,448.43 |
| 6 | MARINER FINANCE LLC<br>»» 005 | Unsecured Creditors | $407.41 | $56.75 | $350.66 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $299.63 | $35.32 | $264.31 |
| 8 | PHILADELPHIA GAS WORKS<br>»» 07S | Secured Creditors | $4,002.89 | $4,002.89 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | PHILADELPHIA GAS WORKS<br>»» 07U | Unsecured Creditors | $1,029.59 | $143.37 | $886.22 |
| 10 | AMERICAN HERITAGE FEDERAL CREDIT UNION<br>»» 008 | Mortgage Arrears | $3,151.76 | $3,151.76 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $2,735.00 | $2,735.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $1,064.59 | $1,064.59 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 11A | Secured Creditors | $6,274.45 | $6,274.45 | $0.00 |
| 14 | UNITED AUTO CREDIT CORPORATION<br>»» 012 | Secured Creditors | $10,092.10 | $10,092.10 | $0.00 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 11B | Secured Creditors | $801.37 | $801.37 | $0.00 |
| 16 | UNITED AUTO CREDIT CORPORATION<br>»» 12U | Unsecured Creditors | $11,655.60 | $1,623.07 | $10,032.53 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $750.00 | $0.00 | $750.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,489.11 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $37,776.50 | Arrearages: | ($1,786.25) |
| Paid to Trustee: | $3,508.74 | Total Plan Base: | $46,342.86 |
| Funds on Hand: | $1,203.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.