**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MELVIN D. GREEN | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-14448-AMC |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any disbursements to Erik B. Jensen, Esquire or Jensen & Bagnato, P.C. in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the $750.00 being held by his office to the remaining unpaid creditors in accordance with the terms of the Modified Plan.

BY THE COURT

Dated: April 11, 2024

**HON. ASHELY M. CHAN,**
**BANKRUPTCY JUDGE**