United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14448-amc |
| Melvin D. Green | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin D. Green, 1625 W Wyoming Avenue, Philadelphia, PA 19140-1133 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 13, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

DAVID ALEXANDER BARNES
    on behalf of American Heritage Federal Credit Union alexander.barnes@obermayer.com

DENISE ELIZABETH CARLON
    on behalf of American Heritage Federal Credit Union bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com

ERIK B. JENSEN
    on behalf of Debtor Melvin D. Green erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

KERI P EBECK
    on behalf of Creditor United Auto Credit Corporation kebeck@bernsteinlaw.com

District/off: 0313-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Apr 11, 2024　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor AMERICAN HERITAGE CREDIT UNION mfarrington@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MELVIN D. GREEN | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-14448-AMC |
| | : | |

### ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any disbursements to Erik B. Jensen, Esquire or Jensen & Bagnato, P.C. in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the $750.00 being held by his office to the remaining unpaid creditors in accordance with the terms of the Modified Plan.

Dated: April 11, 2024

BY THE COURT

_____
**HON. ASHELY M. CHAN,
BANKRUPTCY JUDGE**