**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-14448 |
| Melvin D. Green, | Chapter 13 |
| Debtor. | |

**ORDER DIRECTING EMPLOYER**
**TO STOP WAGE DEDUCTION**

Upon motion of Melvin D. Green, it is hereby **ORDERED** that:

1. The Debtor's employer must **TERMINATE** all wage attachments previously ordered by this Court.

Date: June 12, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge

CC: Payroll Controller
  Septa
  1234 Market Street
  Philadelphia PA 19107