United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-14448-amc

Melvin D. Green                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                        Page 1 of 3

Date Rcvd: Jul 18, 2024                   Form ID: 138OBJ                           Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin D. Green, 1625 W Wyoming Avenue, Philadelphia, PA 19140-1133 |
| 14737190 | + | AMERICAN HERITAGE CREDIT UNION, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14357291 | | City of Philadelphia, Municipal Services Building, c/o Megan N. Harper, Esquire, 1401 JKF Blvd, Philadelphia, PA 19102 |
| 14357295 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14357301 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14357306 | + | Philadelphia Parking Authority, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |
| 14357307 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14366923 | | Water Revenue, 1415 JKF Blvd 5th Floor, Philadelphia PA 19105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14367443 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 19 2024 00:00:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14357290 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 19 2024 00:00:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14357288 | + | Email/Text: jvalencia@amhfcu.org | Jul 19 2024 00:00:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14452008 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14366924 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, 1401 JFK Blvd 5th Floor, Philadelphia PA 19102 |
| 14412080 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14357292 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2024 00:06:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14357294 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 19 2024 00:05:52 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14357293 | | Email/Text: bnc-bluestem@quantum3group.com | Jul 19 2024 11:37:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Jul 18, 2024                        Form ID: 138OBJ                              Total Noticed: 29

| 14357297 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:05:50 | LVNV Funding, Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 14359807 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:05:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384352 | + Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 23:59:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14357298 | + Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 23:59:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14761662 | Email/Text: mtgbk@shellpointmtg.com | Jul 18 2024 23:59:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14357300 | + Email/Text: bankruptcygroup@peco-energy.com | Jul 19 2024 00:00:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14358621 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14357302 | + Email/Text: CollectionsDept@PFCU.COM | Jul 19 2024 00:00:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14390630 | ^ MEBN | Jul 18 2024 23:58:22 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia PA 19122-2898, Attn: Bankruptcy Dept 3F |
| 14462095 | + Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14357311 | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Jul 18 2024 23:59:00 | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14370916 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14357289 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14357296 | *+ | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14357299 | *+ | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14357303 | *+ | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14357304 | *+ | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14357305 | *+ | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14357308 | *+ | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14357309 | *+ | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14357310 | *+ | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 18, 2024 | Form ID: 138OBJ | Total Noticed: 29

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| DAVID ALEXANDER BARNES | on behalf of American Heritage Federal Credit Union alexander.barnes@obermayer.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of American Heritage Federal Credit Union bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor United Auto Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Melvin D. Green help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)–doc 140 – 134

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
    Melvin D. Green                 )          Case No. 19–14448–amc
                                      )
                                      )
    Debtor(s).                      )          Chapter: 13
                                      )
                                      )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 18, 2024

For The Court

Timothy B. McGrath
Clerk of Court